PROB 12A
(06/15)

# UNITED STATES DISTRICT COURT
# for the
# WESTERN DISTRICT OF TEXAS

## Report on Offender Under Supervision – No Court Action Required

Name of Offender:  Juan Maximo Ruiz          Case Number:   1:14CR00300-013

Name of Sentencing Judge:   The Honorable U.S. District Judge Sam Sparks

Date of Original Sentence:   June 11, 2015

Original Offense:   Money Laundering, in violation of 18 U.S.C. 1957(a) and (b)(1).

Original Sentence:   41 months custody of the U.S. Bureau of Prisons, followed by a three (3) year term of supervised release.

Type of Supervision:   Supervised Release          Supervision Started:   June 29, 2018

Supervision Expires:   June 28, 2021

## EARLIER COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1    **Mandatory Condition:  Shall pay fine as directed**

**Details:** On June 11, 2015, the Court ordered Mr. Ruiz to pay a fine in the amount of $3,600.00. The Court ordered Mr. Ruiz to cooperate fully with the Assistant United States Attorneys Office, the Bureau of Prisons, and/or the United States Probation Office in making payments in full as soon as possible. Any unpaid balance at the commencement of the term of supervised release, was to be paid on a schedule of monthly installments of $100.00 per month.

**U.S. Probation Officer Action:**

Since the commencement of his supervised release term in the Southern District of Texas – Brownsville Division, Mr. Ruiz has abided by his Court ordered conditions except for the payment of the fine. Due to the Covid-19 pandemic, Mr. Ruiz' employer reduced his labor force hours drastically impacting his weekly wages.

Mr. Ruiz is now employed full-time performing general labor work with Maciel Communication, Inc. in Brownsville, Texas. Mr. Ruiz is the sole financial provider for his family and receives no government assistance. He last submitted a payment on May 2021 and has a remaining balance of $2,170.00.

On June 16, 2021, the Financial Litigation Unit of the U.S. Attorney's Office was made aware of Mr. Ruiz' outstanding fine balance and current financial situation. They will contacting Mr. Ruiz to establish a payment collection plan in the event there is a need to collect payments after Mr. Ruiz' supervised release term has expired.

Pursuant to 18 U.S.C. § 3613(b), monetary payments can be collected by the Financial Litigation Unit of the United States Attorney' Office (FLU-AUSA), the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined.

At this time, the United States Probation Office is respectfully recommending that the Court allow Mr. Ruiz' term of supervised release to expire as scheduled and that the remaining balance be pursued by the U.S. Attorney's Office Financial Litigation Unit.

Based on the aforementioned information, the United States Probation Office is respectfully recommending that no further action be taken against Mr. Ruiz and that his supervision term be allowed to expire as scheduled.

| Approved: | | Respectfully submitted, |
|---|---|---|
| *Mariano Marroquin* | By: | *Jorge Pina* |
| Mariano Marroquin, Supervising United States Probation Officer June 21, 2021 | | Jorge Pina United States Probation Officer 868211 |

RE: **Juan Maximo Ruiz**
　　Dkt.No.: 1:14CR00300-013
　　Page 3

[X]　　Court Concurs with Recommended Action

[ ]　　Submit a Request for Modifying the Conditions or Term of Supervision

[ ]　　Submit a Request for Warrant or Summons

[ ]　　Other:


_____
Susan Hightower
United States Magistrate Judge


June 23, 2021
_____
　　　　　　　　　　　　　Date